

CO-386
Rev. 10/03

FILED
FEB 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Branch Banking & Trust Company )
)
)
Plaintiff )
)
v. )
)
Hudson River Partners, L.P., et al. )
)
Defendant )
)
)

CASE NUMBER  1:06CV00318

JUDGE: Rosemary M. Collyer

DECK TYPE: Contract

DATE STAMP: 02/23/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for  Branch Banking & Trust Company  ,

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries

or affiliates of  Branch Banking & Trust Company  , which have any outstanding securities

in the hands of the public.  None.

_____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

464475
Bar Identification Number

Thomas F. Murphy
Print Name

1101 17th Street, NW, Suite 700
Address

Washington,    DC    20036
City           State  Zip

(202) 872-0800
Telephone Number