UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.*,<br><br>                    **Defendants.** | **Case No.1:06CV00318**<br>**Judge Rosemary M. Collyer** |

### AMENDED CERTIFICATE UNDER LcvR 7.1

I, the undersigned counsel of record for Plaintiff Branch Banking and Trust Company ("BB&T"), certify to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Branch Banking and Trust Company which have outstanding securities in the hands of the public: BB&T Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

                                                Respectfully submitted,

                                                **FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN**, **PLLC**

                                                By:/s/ Thomas F. Murphy_____
                                                Robert E. Greenberg, Esq. #173708
                                                Thomas F. Murphy, Esq. # 464475
                                                1101 17th Street, NW
                                                Suite 700
                                                Washington, DC  20036-4704
                                                (202) 872-0800
                                                *Attorneys for Plaintiff*