U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Branch Banking & Trust Company

vs.

Hudson River Partners, L.P., et al.

No. CA 06-318 (RMC)

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Under LCvR 7.1, Attachments, Complaint and Exhibits 1-5 in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:30 am on May 18, 2006, I served in accordance with D.C. Code 29-101.12(b), duplicate copies of the Summons, Civil Cover Sheet, Certificate Under LCvR 7.1, Attachments, Complaint and Exhibits 1-5 in the case upon the defendant, Hudson River Partners, L.P. c/o Douglas P. Bennett, Managing Member by serving Phyllis Gray, Paralegal Specialists, at Superintendent of Corporations, 941 North Capitol Street, NE, Suite 1100, Washington, DC 20002, and paid the statutory service fee of $15.00 by check made payable to the D.C. Treasurer. Ms. Gray is authorized to accept on behalf of the Superintendent of Corporations, and is described herein:

```
    SEX-   FEMALE
    AGE-   45
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   170
   RACE-   BLACK
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 167048

SUBSCRIBED and SWORN to before me this 19th day of May, 2006.

Angela H. Croson
Notary Public

My commission expires: 03-31-09