UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.***,**<br><br>Defendants. | **Case No.1:06CV00318**<br>**Judge Rosemary M. Collyer** |

**PLAINTIFF'S MOTION TO ALLOW ALTERNATE SERVICE
AND TO EXTEND TIME FOR SERVICE**

COMES NOW Plaintiff Branch Banking and Trust Company ("BB&T"), and respectfully requests that this Court allow BB&T to serve Defendant Douglas P. Bennett ("Bennett") by mail.  This relief is necessary because Mr. Bennett has been actively evading service of process.  Personal service upon Bennett will also result in service upon the remaining Defendants as each is a defunct business entity of which Bennett is an officer.  BB&T also requests that the 120 day deadline for serving each of the Defendants be extended an additional 120 days pursuant to Rule 4(m).

A memorandum of points and authorities in support of this motion is attached.

Respectfully submitted,

**FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN**, **PLLC**


By:/s/ Thomas F. Murphy_____
Robert E. Greenberg, Esq. #173708
Thomas F. Murphy, Esq. # 464475
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.*,<br><br>         **Defendants.** | **Case No.1:06CV00318**<br>**Judge Rosemary M. Collyer** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFF'S MOTION TO ALLOW ALTERNATE SERVICE**
**AND TO EXTEND TIME FOR SERVICE**

  This action was filed against Defendant Bennett and three business entities controlled by him on February 23, 2006. Since that time, BB&T has engaged the services of a private process server, Capitol Process Servers ("CPS"), to personally serve all of the Defendants through personal service upon Bennett. Affidavits provided by CPS describing its efforts to serve Bennett are attached hereto as Exhibit 1.

  As described in the CPS affidavits, Bennett has been actively evading service. In particular, Bennett is refusing to make himself available at his place of business to receive service and has, additionally, refused to return numerous phone calls attempting to arrange a time and place when Bennett may be served.

  Additionally, BB&T has attempted to serve Bennett by mailing him a Rule 4(d) request for the waiver of personal service. This request was mailed to

1

Bennett on or about May 11, 2006. As of the date of this motion, Bennett has not responded to this request in any fashion.

In light of Bennett's obstinance, BB&T requests that it be permitted to serve Bennett by mail. Bennett presently operates the Thayer Hotel in West Point, New York. In fact, the Thayer Hotel is owned by Bennett through Defendant Hudson River Partners, L.P. ("HRP LP")[1] Upon information and belief, Bennett is physically present at the Thayer Hotel on a regular basis. In fact, Bennett recently sent correspondence to the undersigned counsel for BB&T, bearing the logo and address of the Thayer Hotel, responding to an earlier demand letter regarding the loans at issue. A copy of this letter from Bennett is attached hereto as Exhibit 2.

It is apparent that Bennett is aware of the pending litigation and is evading service for no purpose other than to confound BB&T. For the reasons discussed herein, BB&T respectfully requests that this Court issue an Order allowing BB&T to serve Bennett, and the business entities controlled by him, by first-class mail. BB&T also requests that this Court extend the 120 day deadline for BB&T to complete its service of process for an additional thirty days from the date of such an Order.

---

[1] A HRP LP financial statement indicating that HRP LP is trading as The Thayer Hotel is attached hereto as Exhibit 2.

Respectfully submitted,

**FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN**, **PLLC**


By:/s/ Thomas F. Murphy_____
Robert E. Greenberg, Esq. #173708
Thomas F. Murphy, Esq. # 464475
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2006, I caused a copy of the foregoing to be served first-class mail, postage prepaid, on:

Douglas P. Bennett
Hudson River Partners, L.P.
Hudson River Partners, Inc.
H.R.P. Finance Corporation
674 Thayer Road
West Point, New York 10996
*Defendants*

/s/Thomas F. Murphy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>                                           **Plaintiff,**<br><br>        v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.***,**<br><br>                                           **Defendants.** | **Case No.1:06CV00318**<br>**Judge Rosemary M. Collyer** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE AND
TO EXTEND THE DEADLINE TO SERVE COMPLAINT**

Upon consideration of Plaintiff Branch Banking & Trust Company's ("BB&T") motion for alternate service and to extend the deadline to perfect service of process, any opposition thereto, and for good cause shown, it is this ____ day of _____, 2006,

**ORDERED**, that BB&T's motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED**, that BB&T shall be permitted to serve Defendant Douglas P. Bennett ("Bennett"), and any Defendant that Bennett is an officer, director, or otherwise deemed to be an agent for the service of, by serving Bennett by first-class mail at The Thayer Hotel, 674 Thayer Road, West Point, New York 10996; the  and it is further

**ORDERED**, that the deadline for BB&T to perfect service of process in the manner described above shall expire no later than thirty days from the date of this Order.

_____
Judge Rosemary M. Collyer

Copies to:

Thomas F. Murphy
Robert E. Greenberg, Esq.
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
*Attorneys for Plaintiff*


Douglas P. Bennett
Hudson River Partners, L.P.
Hudson River Partners, Inc.
H.R.P. Finance Corporation
674 Thayer Road
West Point, New York 10996
*Defendants*