U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRANCH BANKING & TRUST, L.P., ET AL.

V.                                CA – 06-318 (RMC)

HUDSON RIVER PARTNERS, L.P., ET AL.

AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, do hereby depose and say:

That I am the Custodian of Records of Capitol Process Services, Inc., 1827 18th Street, N.W., Washington, D.C. 20009.

That my date of birth is 4-15-1966.

That I am not a party to or otherwise interested in this case.

That the following details the efforts made to serve **HUDSON RIVER PARTNERS, L.P.** c/o Douglas Bennett 2884 Woodland Drive, N.W., Washington, D.C. 20008.

On March 3, 2006, my agent, Daniel Portnoy, attempted to serve Mr. Bennett at the address on Woodland Drive. Mr. Portnoy was informed by a woman at the home that Mr. Bennett resided in New York.

Research was conducted and the home at 2884 Woodland was found to register an active phone number, 202 232 2881, for Philip Rizik. Research also found that the home is reported as owned by Philip Rizik. I left a message on the phone for Mr. Bennett but have not received a return call.

I was provided information that Mr. Bennett may be located at The Thayer Hotel, 674 Thayer Drive, West Point, NY 10096, phone: 845 446 3052. I spoke via the telephone with an employee at the hotel who indicated that Mr. Bennett had some presence at the hotel. The employee was unclear if Mr. Bennett resided full time in New York and seemed to indicate that he traveled frequently. I left a message with the employee for Mr. Bennett to call me with respect to the above referenced case. Mr. Bennett has not called me.

Accordingly, research was conducted in an effort to locate an address for Mr. Bennett other than the address in New York.

A potential address was found for Mr. Bennett at 3045 W Lane KYS, N.W., Washington, D.C. 20007. The phone numbers to the address, 202 332 8996 and 202 332

1336, report to Susan Hurley Bennett. I left a message at the home for Mr. Bennett to call me.

On or around April 13, 2006, I sent the service documents to my agents in New York so that service might be attempted at the Hotel Thayer.

On April 14, 2006, my agent, Thomas Walsh, attempted to serve Mr. Bennett at the Hotel Thayer. Mr. Walsh was informed by Robert Wilson, the General Manager for the hotel, that Mr. Bennett was out of town until May and that no other individual had the authority as an officer or otherwise of the defendant entities to accept service. It was indicated to my agent that Mr. Bennett is the owner of the Hotel Thayer.

On April 27, I called the hotel and was informed that Mr. Bennett would be returning to the hotel in approximately one week.

Accordingly, on May 10, my agent, Linda Johnson, went to the hotel to serve Mr. Bennett. Ms. Johnson was told by employee Kathy Cone that Mr. Bennett was not in the office and that she did not know when Mr. Bennett would be in the office.

On May 19, 2006, I spoke with Susan Bennett who had returned my telephone message. She stated that she is the ex wife of Mr. Bennett and that he does not reside at the home on W Lane. Ms. Bennett provided me with Mr. Bennett's cellular telephone number. Mr. Bennett's cellular telephone number is 914 318 4576. I have left a message on the cellular telephone for Mr. Bennett to call me regarding the above referenced case. I note that the automated answering voice on the phone confirms that the phone belongs to Douglas Bennett.

Research was conducted and the above entity was found to be reported as active in D.C. After the Registered Agent, Douglas Bennett, was not found at the office registered with the D.C. Department of Consumer and Regulatory Affairs, service was made on the Mayor c/o DCRA. (See Portnoy Affidavit)

_Scott Kucik_

Subscribed and Sworn to before me this 19th day of May, 2006.

_Angela H. Croson_
Notary Public

My commission expires: 03-31-09

```
                                    Client: CAPITAL PROCESS
                                    Index No.: CA 06-318 (RMC)
                                    Date Purchased:
```

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------x
BRANCH BANKING & TRUST COMPANY,
            Plaintiff/Petitioner              AFFIDAVIT OF SERVICE

       -against-

HUDSON RIVER PARTNERS, L.P., et al.,

            Defendant/Respondent
-------------------------------------x
STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

The following list of dates and times service was attempted of **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET AND COMPLAINT** on **HUDSON RIVER PARTNERS, L.P. a Delaware Limited Partnership** DEFENDANT at his/her last known actual place of business/residence of **THE THAYER HOTEL, 674 THAYER RD., WEST POINT, NY 10996**:

04/14/06-ROBERT WILSON, GENERAL MANAGER FOR
HOTEL THAYER, STATED DOUGLAS BENNETT WAS OUT OF
TOWN UNTIL MAY AND THERE WAS NO ONE ELSE ABLE
TO ACCEPT LEGAL DOCUMENTS FOR THE COMPANIES.


Sworn to before me this
21st. day of April 2006

_____              _____
Heather Lee Lawson                      THOMAS J. WALSH III
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.     CAPITOL PROCESS SERVICES
Comm. Exp. 10/17/06                     1827 18TH STREET, N.W.
                                        WASHINGTON, D.C. 20009
                                        (202) 667-0050

```
                              Client: CAPITAL PROCESS
                              Index No.: CA 06-318 (RMC)
                              Date Purchased:
```

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------x
BRANCH BANKING & TRUST COMPANY,
        Plaintiff/Petitioner        AFFIDAVIT OF SERVICE

    -against-

HUDSON RIVER PARTNERS, L.P., et al.,

    Defendant/Respondent
------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

The following list of dates and times service was attempted of **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET AND COMPLAINT** on **HUDSON RIVER PARTNERS, L.P. a Delaware Limited Partnership** DEFENDANT at his/her last known actual place of business/residence of **THE THAYER HOTEL, 674 THAYER RD., WEST POINT, NY 10996**:

**05/10/06-12:20 PM-KATHY CONE, RECEPTIONIST, STATED DEFENDANT WAS NOT IN AND DOES NOT KNOW WHEN HE WILL BE IN THE OFFICE.**

Sworn to before me this
16th. day of May 2006

_____
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/06

_____
LINDA JOHNSON

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Branch Banking & Trust Company

vs.                                  Case No. CA 06-318 (RMC)

Hudson River Partners, L.P., et al.

## DECLARATION OF REASONABLE DILIGENCE

STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON

I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Under LCvR 7.1, Attachments, Complaint and Exhibits 1-5 in the above entitled case, hereby depose and say:

That my date of birth is 11-03-1974.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, Hudson River Partners, L.P. c/o Douglas P. Bennett, Managing Member, with the above named process.

That on the 27th day of May, 2006 at 2:05 o'clock p.m., I attempted to serve the defendant, Hudson River Partners, L.P. c/o Douglas P. Bennett, Managing Member, at 700 New Hampshire Avenue, NW, #415, Washington, DC 20037. On this occasion, I spoke to the management office and was told that Douglas P. Bennett moved approximately one year ago.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

AMBIKO GUICE
Private Process Server

Subscribed and Sworn to before me this 17th day of May, 2006.

Angela H. Croson
Notary Public
My commission expires: 03-3/09
dili167048.ac