

# HUDSON RIVER PARTNERS, INC.
### Douglas P. Bennett
#### President



February 2, 2006

Robert E. Greenberg, Esquire
Friedlander Misler
Attorneys at Law
1101 17th Street, NW, Suite 700
Washington, D.C. 20036

Dear Mr. Greenberg,

I am in receipt of your letter of January 18, 2006 relative to the Branch Banking and Trust Company loan. I am retaining counsel who will be in contact with you shortly.

Sincerely,

Douglas P. Bennett

The Thayer Hotel
674 Thayer Road
West Point, New York 10996
845.446.3052-NY

P.O. Box 15
Buellton, California 93427
914.318.4576-Cell Phone
202.333.8996-DC