AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Branch Banking & Trust Company

V.

Hudson River Partners, L.P., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   CA 06-318 (RMC)

TO: (Name and address of Defendant)

HRP Finance Corporation,
a Delaware corporation
Serve:  Douglas P. Bennett, Vice President
        2884 Woodland Drive, NW
        Washington, DC   20008

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
Friedlander Misler Sloan Kletzkin & Ochsman, PLLC
1101 17th Street, NW, Suite 700
Washington, DC   20036

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 31, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Valerie L. Coleman | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Served by mail as allowed pursuant to this Court's Order of May 24, 2006.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 2, 2006            Valerie L. Coleman
                 *Date*                     *Signature of Server*

1101 17th Street, NW, Ste. 700
Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.