## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Branch Banking & Trust Company | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No.: CA 06-318 (RMC) |
| | * | |
| Hudson River Partners, L.P. *et al.* | * | |
| | * | |
| Defendants | * | |

## CONSENT MOTION TO EXTEND THE DEADLINE FOR DEFENDANT'S TO FILE AN ANSWER

COMES NOW the Defendant, Hudson River Partners, L.P. and Douglas P. Bennett, by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered and Alan S. Feld, Esquire with the consent of all named Defendants, and counsel thereto, in this matter and respectfully files this Consent Motion To Extend The Deadline For Defendant's To File An Answer, and in support thereof states the following:

1. That all of the named Defendants have been served with the Summons and Complaint in the instant matter.

2. That the undersigned has spoken with counsel for all named Defendant's in the instant matter and the same have agreed and consented to filing an Answer, motion, or other appropriate filing, in this matter, by close of business July 7, 2006.

3. That by filing an Answer, motion, or other appropriate filing in this matter, on or before July 7th, will not prejudice Plaintiffs in any manner.

WHEREFORE, it is respectfully requested:

A. That this Honorable Court grant the Consent Motion To Extend The Deadline For Defendant's To File An Answer; and,

B. That this Honorable Court extend the deadline for filing an Answer, motion, or other appropriate filing on or before July 7, 2006; and,

1

  C. Order any other and further relief that that this Court shall deem proper.

          BULMAN, DUNIE, BURKE
          & FELD, CHARTERED

          By: _____/s/_____
          Alan S. Feld, Esquire #172858
          4610 Elm Street
          Bethesda, MD 20815
          (301) 656-1177
          Attorney for Defendants
           Hudson River Partners, Inc. and
           Douglas P. Bennett

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 21st day of June, 2006, a copy of the foregoing Consent Motion was mailed, first-class, postage pre-paid to: Robert E. Greenberg and Thomas F. Murphy, 1101 17th Street, N.W. Suite 700, Washington, DC 20036, Attorneys for Plaintiffs.

             _____/s/_____
             Alan S. Feld