## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Branch Banking & Trust Company | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No.: CA 06-318 (RMC) |
| | * |
| Hudson River Partners, L.P. *et al.* | * |
| | * |
| Defendants | * |

## ORDER

UPON CONSIDERATION of the Consent Motion To Extend The Deadline For Defendant's To File An Answer filed by both the Defendants in the above-captioned matter requesting an extension of the deadline to file any Answer, motion or other appropriate pleading, it is by the United States District Court For The District Of Columbia, this _____ day of _____, 2006,

ORDERED, that any Answer, motion or other appropriate pleading in the above-captioned case shall be filed with this court by July 7, 2006; and it is further,

ORDERED, that each party shall bear their own attorneys fees and costs incurred in connection with this matter.

IT IS SO ORDERED.

_____
Judge, United States District Court
For The District of Columbia

This is a proper order to be passed.

Copies to:   Alan S. Feld, Esq.
　　　　　　Robert E. Greenberg, Esq.
　　　　　　Thomas F. Murphy, Esq
　　　　　　Michael Budow, Esq.

1