**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

BRANCH BANKING & TRUST COMPANY,

      Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P. et al.

      Defendants.

Case No.  CA 06-318 (RMC)

**PRAECIPE**

Please enter the appearance of Budow and Noble, P.C. and Allan A. Noble as counsel for the Defendant Hudson River Partners, L.P.

      **BUDOW AND NOBLE, P.C.**

      _/s/_____
      Allan A. Noble, Bar No. 166926
      Suite 500 West, Air Rights Center
      7315 Wisconsin Avenue
      Bethesda, Maryland 20814
      (301) 654-0896
      Attorneys for Defendant Hudson
         River Partners, L.P.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Defendant Hudson River Partners, L.P.'s Praecipe was electronically filed and sent by mail, postage prepaid to the following:

| | |
|---|---|
| Robert E. Greenberg, Esquire<br>Thomas F. Murphy, Esquire<br>1101 17th Street, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>*Attorneys for Plaintiff* | Alan S. Feld, Esquire<br>4610 Elm Street<br>Bethesda, Maryland 20815<br>*Attorneys for Defendants Hudson River Partners, Inc. and Douglas P. Bennett* |

      _/s/ _____
      Allan A. Noble

J:\CLIENTS\Private\Hudson River Partners, LP\Praecipe(7-6-06).wpd