**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

BRANCH BANKING & TRUST COMPANY,

    Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P. et al.

    Defendants.

Case No.  CA 06-318 (RMC)

## ANSWER OF DEFENDANT HUDSON RIVER PARTNERS, L.P.

Now comes the Defendant Hudson River Partners, L.P. by and through their attorneys, Budow and Noble, P.C. and Allan A. Noble, Esquire, and for their Answer to the Plaintiff's Complaint states as follows:

### FIRST DEFENSE

That this Court lacks subject matter jurisdiction.

### SECOND DEFENSE

Answering the specific allegations contained in the Complaint by corresponding paragraph number, this Defendant states:

1. That they are without knowledge as to the allegations contained in paragraph 1 and therefore deny same and demand strict proof thereof.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied.
8. Denied.
9. Denied.
10. Denied.

11. Denied.

12. Denied.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. That this Defendant incorporates and adopts by reference their answers to paragraphs 1 through 17 as appropriate.

19. Denied.

20. That they admit that Hudson River Partners, L.P. has refused to make payments as they are not obligated under the loan agreement and/or note to pay same and therefore, deny that they are in default.

21. Denied.

22. That they are without knowledge as to whether BB&T has accelerated the note and/or deemed the entire note to be due and payable and therefore, deny same and demand strict proof thereof.

23. Denied.

24. That this Defendant incorporates and adopts by reference their answers to paragraphs 1 through 23 as appropriate.

25. Denied.

26. That this Defendant incorporates and adopts by reference their answers to paragraphs 1 through 25 as appropriate.

27. Denied.

28. That this Defendant incorporates and adopts by reference their answers to paragraphs 1 through 27 as appropriate.

29. Denied.

30 - 36.   Simultaneously with the filing of this Answer, this Defendant is filing a Motion to Dismiss Count V (paragraphs 30 through 36 of Plaintiff's Complaint). Therefore, this Defendant is not required to answer the allegations contained in these paragraphs at this time.  To the extent that this Defendant may be required to answer same, this Defendant incorporates and adopts by reference their Answers to paragraphs 1 through 29 as appropriate and denies the allegations contained in paragraphs 30 through 36.

### THIRD DEFENSE

That any allegations not specifically admitted in this Answer are hereby denied.

### FOURTH DEFENSE

That the Defendant Hudson River Partners, L.P. is not a proper party to the note and/or loan agreements.  Plaintiff has acknowledged this fact and has also acknowledged that the documents improperly include and/or name Hudson River Partners, L.P.

### FIFTH DEFENSE

That the co-Defendants, Hudson River Partners, Inc., HRP Finance Corporation, and/or Douglas P. Bennett lacked the authority to obligate Hudson River Partners, L.P. in this matter.

### SIXTH DEFENSE

That there was a failure of consideration in that the proceeds, if any, of the note or notes were not used for the benefit of Hudson River Partners, L.P.

### SEVENTH DEFENSE

That the Plaintiff is estopped from asserting its claim by its own conduct.

### EIGHTH DEFENSE

That the Plaintiff's Complaint is barred by the doctrine of laches.

### NINTH DEFENSE

That the Plaintiff is barred by the doctrine of waiver by its own conduct.

WHEREFORE, having fully answered the Plaintiff's Complaint, Defendant Hudson River Partners, L.P. prays for the following relief:

1. That the Plaintiff's Complaint be dismissed;

2. That the Court assess attorneys' fees and costs against the Plaintiff;

3. That this Defendant have such other and further relief as to the Court may seem just and proper.

## ELECTION FOR JURY TRIAL

Defendant, Hudson River Partners, L.P., hereby elects and demands a trial by jury as to each and every issue in this action.

Respectfully submitted,

**BUDOW AND NOBLE, P.C.**

_/s/_____
Allan A. Noble, Bar No. 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
Attorneys for Defendant Hudson
  River Partners, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Answer of Defendant Hudson River Partners, L.P. was electronically filed and sent by mail, postage prepaid to the following:

| | |
|---|---|
| Robert E. Greenberg, Esquire<br>Thomas F. Murphy, Esquire<br>1101 17th Street, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>*Attorneys for Plaintiff* | Alan S. Feld, Esquire<br>4610 Elm Street<br>Bethesda, Maryland 20815<br>*Attorneys for Defendants Hudson River<br>Partners, Inc. and Douglas P. Bennett* |

__/s/_____
Allan A. Noble

J:\CLIENTS\Private\Hudson River Partners, LP\Answer(7-6-06).wpd

4