**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRANCH BANKING & TRUST COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HUDSON RIVER PARTNERS, L.P. et al.<br><br>　　　　Defendants. | Case No.  CA 06-318 (RMC) |

**CROSS CLAIM OF DEFENDANT HUDSON RIVER PARTNERS, L.P. AGAINST CO-DEFENDANTS**

　　　Now comes the Defendant Hudson River Partners, L.P. by and through their attorneys, Budow and Noble, P.C. and Allan A. Noble, Esquire, and files this Cross-Claim against Co-Defendants Hudson River Partners, Inc., HRP Finance Corporation, and Douglas P. Bennett, and for grounds therefore states:

　　　1.　　The Plaintiff Branch Banking & Trust Company has filed Complaint against Hudson River Partners, L.P. and others alleging breach of contract, breach of loan agreements, breach of note, and fraud in the inducement all as more fully set forth in the Plaintiff's Complaint.

　　　2.　　Plaintiff asserts that Defendant Hudson River Partners, L.P. executed certain promissory notes and agreements as more fully represented or alleged in the Complaint.

　　　3.　　That all of the notes and agreements referenced in the Complaint were signed by Hudson River Partners, Inc., HRP Finance Corporation and/or Douglas P. Bennett.

　　　4.　　That to the extent that the notes and agreements referenced in the Complaint were signed by Hudson River Partners, Inc., HRP Finance Corporation and Douglas P. Bennett on behalf of Hudson River Partners, L.P., said co-Defendants were not authorized to obligate Hudson River Partners, L.P. nor were they authorized to sign said notes and agreements on behalf of Hudson River Partners, L.P.

     5.     That Hudson River Partners, L.P. did not receive any consideration from the proceeds of any such notes and agreements.

     6.     To the extent that there is any liability found against Hudson River Partners, L.P., then it was the unauthorized actions of the co-Defendants Hudson River Partners, Inc., HRP Finance Corporation, and Douglas P. Bennett which caused Hudson River Partners, L.P. to be liable.

     7.     If Hudson River Partners, L.P. is adjudged liable in this case and is assessed damages, then Hudson River Partners, L.P. is entitled to indemnification from the co-Defendants Hudson River Partners, Inc., HRP Finance Corporation, and/or Douglas P. Bennett.

     WHEREFORE, Defendant and Cross-Plaintiff Hudson River Partners, L.P. demands indemnity from Cross-Defendants Hudson River Partners, Inc., HRP Finance Corporation, and/or Douglas P. Bennett for the amount of any judgement entered against this Defendant in favor of the Plaintiff as well as costs and reasonable attorneys' fees.

     **BUDOW AND NOBLE, P.C.**

     _/s/_____
Allan A. Noble, Bar No. 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
Attorneys for Defendant Hudson
     River Partners, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Defendant Hudson River Partners, L.P.'s Cross-Claim Against Co-Defendant Douglas P. Bennett was electronically filed and sent by mail, postage prepaid to the following:

Robert E. Greenberg, Esquire
Thomas F. Murphy, Esquire
1101 17th Street, N.W.
Suite 700
Washington, D.C. 20036
*Attorneys for Plaintiff*

Alan S. Feld, Esquire
4610 Elm Street
Bethesda, Maryland 20815
*Attorneys for Defendants Hudson River Partners, Inc. and Douglas P. Bennett*

_/s/_____
Allan A. Noble

J:\CLIENTS\Private\Hudson River Partners, LP\CrossClaim(7-6-06).wpd