## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BRANCH BANKING & TRUST COMPANY,

    Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P. et al.

    Defendants.

Case No.  CA 06-318 (RMC)

### DEFENDANT HUDSON RIVER PARTNERS, L.P.'S  MOTION TO DISMISS COUNT V OF PLAINTIFF'S COMPLAINT

    Now comes the Defendant Hudson River Partners, L.P. by and through their attorneys, Budow and Noble, P.C. and Allan A. Noble, Esquire, and moves to dismiss Count V of the Plaintiff's Complaint on the grounds set forth in the Motion to Dismiss Count V of the Plaintiff's Complaint filed by co-Defendants Hudson River Partners, Inc., HRP Finance Corporation and Douglas P. Bennett.  This Defendant adopts and incorporates by reference said Motion and the Points and Authorities in Support of said Motion.

### POINTS AND AUTHORITIES

    Defendant Hudson River Partners, L.P. by counsel adopts and incorporates by reference the Points and Authorities cited by co-Defendants Hudson River Partners, Inc., HRP Finance Corporation and Douglas P. Bennett in their Motion to Dismiss Count V of the Plaintiff's Complaint.

**BUDOW AND NOBLE, P.C.**

_/s/_____
Allan A. Noble, Bar No. 166926
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
(301) 654-0896
Attorneys for Defendant Hudson
    River Partners, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing Defendant Hudson River Partners, L.P.'s Motion to Dismiss Count V of Plaintiff's Complaint was electronically filed and sent by mail, postage prepaid to the following:

| | |
|---|---|
| Robert E. Greenberg, Esquire<br>Thomas F. Murphy, Esquire<br>1101 17th Street, N.W.<br>Suite 700<br>Washington, D.C. 20036<br>*Attorneys for Plaintiff* | Alan S. Feld, Esquire<br>4610 Elm Street<br>Bethesda, Maryland 20815<br>*Attorneys for Defendants Hudson River Partners, Inc. and Douglas P. Bennett* |

                                                                          _/s/_____
                                                                          Allan A. Noble

J:\CLIENTS\Private\Hudson River Partners, LP\MtntoDismiss(7-6-06).wpd