**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

BRANCH BANKING & TRUST COMPANY,

    Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P. et al.

    Defendants.

Case No. CA 06-318 (RMC)

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss filed by Hudson River Partners, L.P. to dismiss Count V of the Plaintiff's Complaint and any opposition thereto, it is by the Court this _____ day of _____, 2006,

ORDERED that said Motion be and is hereby granted, and it is further

ORDERED that Count V of the Plaintiff's Complaint be and is hereby dismissed with prejudice.

_____
Judge, United States District Court
for the District of Columbia

cc:

Robert E. Greenberg, Esquire
Thomas F. Murphy, Esquire
1101 17th Street, N.W.
Suite 700
Washington, D.C. 20036

Allan A. Noble, Esquire
Suite 500 West, Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814

Alan S. Feld, Esquire
4610 Elm Street
Bethesda, Maryland 20815