UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Branch Banking & Trust Company ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Case No: CA 06-318 (RMC) |
| Hudson River Partners, L.P., et al. ) | |
| ) | |
| Defendants ) | |

**PRAECIPE**

Please enter the appearance of Alan S. Feld, Esquire of Bulman, Dunie, burke & Feld, Chartered, as counsel for Defendants, Hudson River Partners, Inc., HRP Finance Corporation, and Douglas P. Bennett, in the above captioned case.

Respectfully submitted,

BULMAN, DUNIE, BURKE & FELD, CHTD.

/ s /
_____
Alan S. Feld, Esquire        #172858
4610 Elm Street
Bethesda, MD  20815-6051
301-656-1177
Attorney for Defendants, Hudson River Partners,
HRP Finance and Douglas P. Bennett

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe was mailed, first class mail, postage prepaid, this _____ day of July, 2006, to:

Robert F. Greenberg, Esquire                Allan Noble, Esquire
Thomas F. Murphy, Esquire                  Suite 500 West, Air Rights Center
1101 17th Street, N.W., Ste. 700           7315 Wisconsin Avenue
Washington, D.C.  20036-4704               Bethesda, MD 20814

/ s /
_____
Alan S. Feld