## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Branch Banking & Trust Company | * |
| Plaintiff | * |
| vs. | * Case No.: CA 06-318 (RMC) |
| Hudson River Partners, L.P. *et al.* | * |
| Defendants | * |

## ANSWER

**COMES NOW** the Defendants, Hudson River Partners, Inc., HRP Finance Corp., and Douglas P. Bennett (hereinafter "Defendants"), by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered and Alan S. Feld, Esquire, and respectfully files the following Answer:

### FIRST DEFENSE

That this Court lacks subject matter jurisdiction.

### SECOND DEFENSE

Answering the specific allegations contained in the Complaint by corresponding paragraph number, this Defendant states:

### PARTIES AND JURISDICTIONS

1. Defendants are without sufficient knowledge, information or belief to respond to the allegations of Paragraph 1.

2. Defendants admit Paragraph 2.

3. Defendants admit Paragraph 3.

4. Defendants admit Paragraph 4.

5. Defendants admit Paragraph 5.

6. Defendants admit Paragraph 6.

1

7. Defendants deny that this Court has proper jurisdiction over Defendants.

8. Defendants deny that venue lies within the District of Columbia.

## FACTUAL ALLEGATIONS

9. Defendants deny Paragraph 9.

10. Defendants deny Paragraph 10.

11. Defendants deny Paragraph 11.

12. Defendants deny Paragraph 12.

13. Defendants admit Paragraph 13.

14. Defendants deny Paragraph 14.

15. Defendants deny Paragraph 15.

16. Defendants deny Paragraph 16.

17. Defendants deny Paragraph 17.

## COUNT I

18. To the extent Paragraph 18 re-alleges prior paragraphs, Defendants incorporate and re-allege herein their response thereto.

19. Defendants deny Paragraph 19 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

20. Defendants deny Paragraph 20 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

21. Defendants deny Paragraph 21 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

22. Defendants deny Paragraph 22 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

23. Defendants deny Paragraph 23 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

## COUNT II

24. To the extent Paragraph 24 re-alleges prior paragraphs, Defendants incorporate and re-allege herein their response thereto.

25. Defendants deny Paragraph 25 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

## COUNT III

26. To the extent Paragraph 26 re-alleges prior paragraphs, Defendants incorporate and re-allege herein their response thereto.

27. Defendants deny Paragraph 27 and deny any wrongdoing and/or that the Plaintiff is entitled to any relief.

## COUNT IV

28. To the extent Paragraph 28 re-alleges prior paragraphs, Defendants incorporate and re-allege herein their response thereto.

29. Defendants deny the allegations contained in Paragraph 29 as to Defendant Hudson Partners and admits the allegations contained therein as to Defendant Bennett.

## COUNT V

30. Defendants deny the allegations contained in Paragraphs 30 through 36 and have filed a Motion to Dismiss said counts simultaneously with the filing of this Answer.

## THIRD DEFENSE AND AFFIRMATIVE DEFENSES

31. The Complaint fails to state a claim upon which relief can be granted.

32. The Complaint is barred by estoppel and waiver by its conduct.

33. The Complaint is barred for lack of jurisdiction.

34. The Complaint is barred by lack of venue.

35. The Complaint is barred by the doctrine of laches.

36. That any allegations of the Complaint not expressly admitted and are not otherwise addressed in this Answer are hereby expressly denied.

37. That the Plaintiff was at all times aware that the Defendant Hudson Partners LP was not to be a party to the Note, despite assurances by Plaintiff, that acknowledged such facts, the documents improperly included that entity.

**WHEREFORE**, Defendants pray that this Court:

A. Deny Plaintiff's Complaint and dismiss with attorney's fees and costs to defendants.

B. Order any other and further relief that this Court shall deem proper.

>BULMAN, DUNIE, BURKE
>& FELD, CHARTERED
>
>By: _____/s/_____
>Alan S. Feld, Esquire #172858
>4610 Elm Street
>Bethesda, MD 20815
>(301) 656-1177
>Attorney for Defendants
>Hudson River Partners, Inc., HRP Finance Corp.
>and Douglas P. Bennett

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th day of July, 2006, a copy of the foregoing Answer was mailed, first-class, postage pre-paid to: Robert E. Greenberg and Thomas F. Murphy, 1101 17th Street, N.W. Suite 700, Washington, DC 20036, Attorneys for Plaintiffs.

Allan Noble, Suite 500 West, Air Rights Center, 7315 Wisconsin Avenue, Bethesda, Maryland 20814, Attorney for Defendant Hudson River Partners, L.P.

>_____/s/_____
>Alan S. Feld