**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Branch Banking & Trust Company | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No.: CA 06-318 (RMC) |
| | * | |
| Hudson River Partners, L.P. *et al.* | * | |
| | * | |
| Defendants | * | |

**MOTION TO DISMISS (PLAINTIFF'S COUNT V)**

COMES NOW the Defendant, Hudson River Partners, Inc., H.R.P. Finance Corp. and Douglas P. Bennett (hereinafter "Defendants"), by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered and Alan S. Feld, Esquire and respectfully files this Motion to Dismiss and respectfully represents as follows:

1. That Count V of Plaintiff's Complaint alleges Fraud in the Inducement.

2. That under the District of Columbia law Plaintiff's must prove reasonable reliance as an element of their fraud claim. Plaintiff's claim for fraudulent inducement must be pled with particularity stating facts, actual loss, time, place and content of alleged misrepresentations. Plaintiff's general allegations are insufficient to state a fraudulent claim.

3. That Plaintiff fails to state with particularity a misrepresentation and/or omission pertaining to an essential element of the contract and inducement to enter into the same.

4. Plaintiff merely alleges that BB&T reasonably relied on *representations* in the loan document in making its decision. Plaintiff does not state what *representations* it relied on nor does Plaintiff plead the time, place and content of alleged misrepresentations.

1

5. Plaintiff has failed to plead and/or identify aggravating circumstances sufficient to support award of punitive damages under District of Columbia law on its claim of fraudulent inducement.

### Points And Authorities

*BMX Electronics, Inc. v. Control Data Corporation*, 929 F.2d 707, (C.A.D.C 1991)

*In re U.S. Office Products Co. Securities Litigation*, 251 F. Supp. 2d 77 (D.D.C 2003)

WHEREFORE, Defendants pray that this Court:

A. Dismiss Count V (Fraud in the Inducement) of Plaintiff's Complaint; and,

B. Order any other and further relief that that this Court shall deem proper.

BULMAN, DUNIE, BURKE
& FELD, CHARTERED

By: _____/s/_____
Alan S. Feld, Esquire #172858
4610 Elm Street
Bethesda, MD 20815
(301) 656-1177
Attorney for Defendants
Hudson River Partners, Inc., HRP Finance Corp. and Douglas P. Bennett

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2006, a copy of the foregoing Motion to Dismiss was mailed, first-class, postage pre-paid to: Robert E. Greenberg and Thomas F. Murphy, 1101 17th Street, N.W. Suite 700, Washington, DC 20036, Attorneys for Plaintiffs.

Allan Noble, Suite 500 West, Air Rights Center, 7315 Wisconsin Avenue, Bethesda, Maryland 20814, Attorney for Defendant Hudson River Partners, L.P.

_____/s/_____
Alan S. Feld