## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Branch Banking & Trust Company | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No.: CA 06-318 (RMC) |
| | * |
| Hudson River Partners, L.P. *et al.* | * |
| | * |
| Defendants | * |

## ORDER

UPON CONSIDERATION of the Motion to Dismiss (Plaintiff's Count V), filed by Defendants Hudson River Partners, Inc., H.R.P. Finance Corp. and Douglas P. Bennett, in the above-captioned matter, any response thereto and for good cause shown, it is by the United States District Court For The District Of Columbia, this _____ day of _____, 2006,

ORDERED, Plaintiff's Count V of their Complaint is hereby DISMISSED.

IT IS SO ORDERED.

                                                                              _____
                                                                              Judge, United States District Court
                                                                              For The District of Columbia

Copies to:     Alan S. Feld, Esq.
                   Robert E. Greenberg, Esq.
                   Thomas F. Murphy, Esq
                   Michael Budow, Esq.