CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Branch Banking & Trust Company )
)
Plaintiff )
)
v. ) Civil Action No.
)
Hudson River Partners, L.P., et al. )
Defendant )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Hudson River Partners, Inc. and HRP Finance Corporation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hudson River Partners, Inc. and HRP Finance Corporation, which have any outstanding securities in the hands of the public. None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

172858
Bar Identification Number

Alan S. Feld
Print Name

4610 Elm Street
Address

Bethesda          MD        20815
City              State     Zip

(301) 656-1177
Telephone Number