UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRANCH BANKING & TRUST COMPANY,**

          **Plaintiff,**

    v.

**HUDSON RIVER PARTNERS, L.P.,** *et al.*,

          **Defendants.**

**Case No. 1:06CV00318**
**Judge Rosemary M. Collyer**

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION
TO DISMISS COUNT V OF THE COMPLAINT**

Plaintiff Branch Banking and Trust Company ("BB&T") opposes the motion to dismiss Count V of the Complaint filed by Defendants Hudson River Partners, Inc., H.R.P. Finance Corporation and Douglas P. Bennett and joined by Defendant Hudson River Partners, L.P. (collectively the "Defendants") as the Complaint clearly alleges the fraud perpetrated by the Defendants with the requisite particularity.

A plaintiff alleging fraud must allege facts that will reveal the existence of each of the required elements of fraud. *See, e.g., Bennett v. Kiggins*, 377 A.2d 57, 59 (D.C. 1977). These elements are: (1) false representation; (2) of a material fact; (3) made with knowledge of falsity; (4) with the intent to deceive; and (5) reasonable reliance by the plaintiff. *Id.* Because BB&T has alleged facts supporting each of these elements, the motion to dismiss must be denied.

At paragraph 17 of the Complaint, BB&T states that each of the Defendants, at the time the loan was made, knew that Hudson River Partners,

L.P. was prohibited from executing the loan agreement, from becoming indebted to BB&T, and from encumbering any of its assets. Paragraph 17 also alleges that none of the Defendants informed BB&T of these facts and, moreover, that the Defendants intentionally withheld this information with the intent to mislead BB&T. Further, at paragraph 31, BB&T alleges that the Defendants had actual knowledge that they were prohibited by prior contractual agreements from entering into the loan transaction with BB&T. Lastly, at paragraph 33, BB&T alleges that it reasonably relied on these representations to its detriment by making the loan at issue.

BB&T has pleaded facts sufficient to support each of the elements of fraud; nothing more is required. Accordingly, the motion to dismiss should be denied.

>Respectfully submitted,
>
>**FRIEDLANDER, MISLER, SLOAN, KLETZKIN & OCHSMAN**, **PLLC**
>
>By: /s/ Robert E. Greenberg
>Robert E. Greenberg, Esq. #173708
>Thomas F. Murphy, Esq. # 464475
>1101 17th Street, NW
>Suite 700
>Washington, DC  20036-4704
>(202) 872-0800
>*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 12, 2006, I caused a copy of the foregoing to be served first-class mail, postage prepaid, on:

Alan S. Feld, Esq.
Bulman, Dunie, Burke & Feld, Chartered
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Defendant Hudson River Partners, L.P., H.R.P. Finance Corporation, and Douglas P. Bennett*

Allan Noble, Esq.
Budow & Noble, P.C.
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*

/s/Robert E. Greenberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>                              **Plaintiff,**<br><br>     v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.*,<br><br>                              **Defendants.** | **Case No.1:06CV00318**<br>**Judge Rosemary M. Collyer** |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**
**COUNT V OF THE COMPLAINT**

Upon consideration of the Defendants' motion to dismiss, the opposition thereto, and because no good cause has been shown, it is this \_\_\_\_ day of _____, 2006,

**ORDERED**, that the motion be, and the same hereby is, **DENIED**.

_____
Judge Rosemary M. Collyer

Copies to:

Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
*Counsel for Plaintiff*

Alan S. Feld, Esq.
Bulman, Dunie, Burke & Feld, Chartered
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Defendant Hudson River Partners, L.P., H.R.P. Finance Corporation, and  Douglas P. Bennett*

Allan Noble, Esq.
Budow & Noble, P.C.
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*