## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Branch Banking & Trust Company | * |
| Plaintiff | * |
| vs. | *  Case No.: CA 06-318 (RMC) |
| Hudson River Partners, L.P. *et al.* | * |
| Defendants | * |

## ANSWER TO CROSS CLAIM OF DEFENDANT HUDSON RIVER PARTNERS, L.P. AGAINST CO-DEFENDANTS

**COMES NOW** the Defendants, Hudson River Partners, Inc., HRP Finance Corp., and Douglas P. Bennett (hereinafter "Defendants"), by and through their attorneys, Bulman, Dunie, Burke & Feld, Chartered and Alan S. Feld, Esquire, and respectfully files the following Answer:

### FIRST DEFENSE

That this Court lacks subject matter jurisdiction.

### SECOND DEFENSE

Answering the specific allegations contained in the Complaint by corresponding paragraph number, this Defendant states:

1. Defendants admit the allegations contained in Paragraph 1.
2. Defendants deny the allegations contained in Paragraph 2.
3. Defendants admit the allegations contained in Paragraph 3.
4. Defendants admit the allegations contained in Paragraph 4.
5. Defendants admit the allegations contained in Paragraph 5.
6. Defendants admit the allegations contained in Paragraph 6.
7. Defendants admit the allegations contained in Paragraph 7.

## THIRD DEFENSE AND AFFIRMATIVE DEFENSES

8. The Cross-Complaint fails to state a claim upon which relief can be granted.

9. The Cross-Complaint is barred by failure of Plaintiff's claim as a result of estoppel and/or waiver by Plaintiff's conduct.

10. The Cross-Complaint is barred for lack of jurisdiction.

11. The Cross-Complaint is barred by lack of venue.

12. The Cross-Complaint is barred by the doctrine of laches.

13. That any allegations the Cross-Complaint does not expressly admitted and/or not otherwise addressed in this Answer are hereby expressly denied.

**WHEREFORE**, Defendants pray that this Court:

A. Deny Defendant Hudson River Partners, L.P.'s Cross-Claim against its Co-Defendants and dismiss it with attorney's fees and costs to defendants; and,

B. Order any other and further relief that this Court shall deem proper.

BULMAN, DUNIE, BURKE
& FELD, CHARTERED

By: _____/s/_____
Alan S. Feld, Esquire #172858
4610 Elm Street
Bethesda, MD 20815
(301) 656-1177
Attorney for Defendants
Hudson River Partners, Inc., HRP Finance Corp.
and Douglas P. Bennett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of July, 2006, a copy of the foregoing Answer to Cross-Claim was mailed, first-class, postage pre-paid to: Robert E. Greenberg and Thomas F. Murphy, 1101 17th Street, N.W. Suite 700, Washington, DC 20036, Attorneys for Plaintiffs. Allan Noble, Suite 500 West, Air Rights Center, 7315 Wisconsin Avenue, Bethesda, Maryland 20814, Attorney for Defendant Hudson River Partners, L.P.

_____/s/_____
Alan S. Feld