UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BRANCH BANKING & TRUST COMPANY,**

                  **Plaintiff,**

   v.

**HUDSON RIVER PARTNERS, L.P.,** *et al.*,

                  **Defendants.**

Case No. 1:06CV00318
Judge Rosemary M. Collyer

**JOINT MEET AND CONFER REPORT
PURSUANT TO LOCAL RULE 16.3**

Pursuant to Local Civil Rule 16.3, Plaintiff Branch Banking and Trust Company ("BB&T") and Defendants Hudson River Partners, Inc., H.R.P. Finance Corporation, Douglas P. Bennett and Hudson River Partners, L.P. (collectively the "Defendants") met to discuss the logistics and scheduling of this litigation. The results of this meeting are stated below.

1.   **Case Tracking:** The parties agree that the "Standard" case track is appropriate for this matter.

2.   **Amending Of Pleadings/Joinder:** The parties agree that no amendments to the pleadings are foreseeable at this time. The parties reserve the right to amend pleadings at any time prior to thirty days before the close of discovery.

3.   **Magistrate Judge:** The parties are open to considering the use of a magistrate judge in this matter.

4.    **Settlement:** The parties agree that this case could be settled prior to trial.  While settlement discussions did take place prior to litigation, no meaningful settlement talks have occurred since the inception of the litigation.

5.    **Alternative Dispute Resolution:** The parties would consider some form of alternative dispute resolution.

6.    **Proposed Dates For Filing Motions:**   All dispositive motions should be filed no later than thirty days after the close of discovery.

7.    **Initial Disclosures:** The parties agree to dispense with the required initial disclosures of Rule 26(a)(1).

8.    **Discovery:** The parties have already begun paper discovery.  It is likely that the parties will take several depositions.  The parties propose that all discovery be completed by December 1, 2006.

9.    **Experts:** The parties have not identified any experts at this time.  The parties reserve the right to utilize expert testimony provided such experts are identified pursuant to the deadlines set forth herein.  The proponent of any expert testimony shall identify any such expert no later than October 1, 2006.  The opponent shall identify any  expert no later than November 1, 2006.

10.   **Class Action:** This matter is not a class action.

11.   **Bifurcation:** The parties do not anticipate the need to bifurcate these proceedings.

12.     **Pretrial Conference:** The parties agree that the pretrial conference should be held on a date to be determined after the close of discovery.

13.     **Trial Date:** The parties agree that a trial date should be set at the pretrial conference.

                                      Respectfully submitted,

By: _____
Robert E. Greenberg, Esq.
Thomas F. Murphy, Esq.
Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704
*Counsel for Plaintiff*

By:_____
Alan S. Feld, Esq.
Bulman, Dunie, Burke & Feld, Chartered
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Defendant Hudson River Partners, L.P., H.R.P. Finance Corporation, and Douglas P. Bennett*

By:_____
Allan Noble, Esq.
Budow & Noble, P.C.
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*