UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>                                    **Plaintiff,**<br><br>          v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.*,<br><br>                                    **Defendants.** | **Case No. 1:06CV00318**<br>**Judge Rosemary M. Collyer** |

## JOINT STATUS REPORT

This joint status report is submitted in response to the Court's Minute Entry Order dated October 19, 2006, referring the case to a Magistrate Judge for mediation purposes, and ordering the parties to submit a joint status report today.

The parties report that the scheduled mediation session is now set to occur on January 4, 2007, and the parties will report further to the Court on January 5, 2007.

                                                                Respectfully submitted,

By:/s/ *Robert E. Greenberg*___                By:/s/ *Alan S. Feld*_____
Robert E. Greenberg, Esq.                      Alan S. Feld, Esq.
**FRIEDLANDER, MISLER, SLOAN,**                **BULMAN, DUNIE, BURKE & FELD,**
     **KLETZKIN & OCHSMAN, PLLC**              **CHARTERED**
1101 Seventeenth Street, N.W.                  4610 Elm Street
Suite 700                                      Bethesda, Maryland 20815
Washington, D.C. 20036-4704                    *Counsel for Defendant Hudson River*
*Counsel for Plaintiff*                        *Partners, L.P., H.R.P. Finance*
                                               *Corporation, and  Douglas P. Bennett*

By:*/s/ Allan Noble*
Allan Noble, Esq.
**BUDOW & NOBLE, P.C.**
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*

U:\greenberg\CLIENT\BB&T\Hudson River Partners\Litig\Joint Status Report 12-19-06.wpd