**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HUDSON RIVER PARTNERS, L.P.,** *et al.*, <br><br> **Defendants.** | **Case No. 1:06CV00318** <br> **Judge Rosemary M. Collyer** |

## ORDER OF DISMISSAL

Upon the joint request of the parties, pursuant to a voluntary settlement reached among them, it is this _____ day of January, 2007,

**ORDERED**, that this case is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED**, that in the event Defendants' jointly and severally fail to fully perform their settlement obligations on or before March 31, 2007, Plaintiff my reinstate this matter for entry of a consent judgment in the full amount of the claims asserted against Defendants by filing a *praecipe* to that effect; and it is further

**ORDERED**, that in the event Defendants' fully perform their settlement obligations on or before March 31, 2007, Plaintiff shall file a *praecipe* to that effect at which time the dismissal shall be deemed to be "with prejudice."

_____
United States District Judge

**We ask for this:**

By:/s/ *Robert E. Greenberg*
Robert E. Greenberg, Esq.
**FRIEDLANDER, MISLER, SLOAN,**
     **KLETZKIN & OCHSMAN, PLLC**
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704
*Counsel for Plaintiff*

By:/s/ *Alan S. Feld*
Alan S. Feld, Esq.
**BULMAN, DUNIE, BURKE & FELD,**
**CHARTERED**
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Defendant Hudson River Partners, L.P., H.R.P. Finance Corporation, and Douglas P. Bennett*

By:/s/*Allan Noble*
Allan Noble, Esq.
**BUDOW & NOBLE, P.C.**
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*

F:\CLIENT\BB&T\Hudson River Partners\Litig\Order of dismiss 1-4-07.wpd