UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.*,<br><br>**Defendants.** | **Case No. 1:06CV00318**<br>**Judge Rosemary M. Collyer** |

## NOTICE OF FILING

The Court, Clerk, and parties will please take notice that the parties have reached a settlement and request the entry of the attached Order of Dismissal to implement the settlement.

Respectfully submitted,

By: */s/ Robert E. Greenberg*
Robert E. Greenberg, Esq.
**FRIEDLANDER, MISLER, SLOAN,
   KLETZKIN & OCHSMAN, PLLC**
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704

*Counsel for Plaintiff*

U:\greenberg\CLIENT\BB&T\Hudson River Partners\Litig\Notice of Filing Order of dismiss 1--07.wpd