UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**HUDSON RIVER PARTNERS, L.P.,** *et al.,*<br><br>Defendants. | Case No. 1:06CV00318<br>Judge Rosemary M. Collyer |

## ORDER OF DISMISSAL

Upon the joint request of the parties, pursuant to a voluntary settlement reached among them, it is this 5th day of January, 2007,

**ORDERED**, that this case is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED**, that in the event Defendants' jointly and severally fail to fully perform their settlement obligations on or before March 31, 2007, Plaintiff may reinstate this matter for entry of a consent judgment in the full amount of the claims asserted against Defendants by filing a *praecipe* to that effect; and it is further

**ORDERED**, that in the event Defendants' fully perform their settlement obligations on or before March 31, 2007, Plaintiff shall file a *praecipe* to that effect at which time the dismissal shall be deemed to be "with prejudice."

*/s/ Rosemary M. Collyer*
United States District Judge

**We ask for this:**

By:/s/ Robert E. Greenberg
Robert E. Greenberg, Esq.
**FRIEDLANDER, MISLER, SLOAN,
    KLETZKIN & OCHSMAN, PLLC**
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704
*Counsel for Plaintiff*

By:/s/ Alan S. Feld
Alan S. Feld, Esq.
**BULMAN, DUNIE, BURKE & FELD,
CHARTERED**
4610 Elm Street
Bethesda, Maryland 20815
*Counsel for Defendant Hudson River Partners, L.P., H.R.P. Finance Corporation, and Douglas P. Bennett*

By:/s/ Allan Noble
Allan Noble, Esq.
**BUDOW & NOBLE, P.C.**
Suite 500, West
Air Rights Center
7315 Wisconsin Avenue
Bethesda, Maryland 20814
*Counsel for Defendant Hudson River Partners, Inc.*

F:\CLIENT\BB&T\Hudson River Partners\Litig\Order of dismiss 1-4-07.wpd