## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRANCH BANKING & TRUST COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 1:06CV00318** <br> **Judge Rosemary M. Collyer** |
| **HUDSON RIVER PARTNERS, L.P.,** *et al.,* | |
| **Defendants.** | |

## PRAECIPE REINSTATING CASE FOR ENTRY OF JUDGMENT

Plaintiff, Branch Banking & Trust Company, herewith gives notice that it is reinstating this case for entry of a final consent judgment against the Defendants, jointly and severally, pursuant to the Court's Order dated January 5, 2007, inasmuch as the Defendants have not made the required settlement payment.

Respectfully Submitted,

By:*/s/ Robert E. Greenberg*
Robert E. Greenberg, Esq. #173708
**FRIEDLANDER, MISLER, SLOAN,**
   **KLETZKIN & OCHSMAN, PLLC**
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704

*Counsel for Plaintiff*

U:\greenberg\CLIENT\BB&T\Hudson River Partners\Litig\Praecipe Reopen 4-5-07.wpd