UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANCH BANKING & TRUST COMPANY,

                  Plaintiff,

v.

HUDSON RIVER PARTNERS, L.P., *et al.*,

                  Defendants.

Case No. 1:06CV00318
Judge Rosemary M. Collyer

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered by this Court on January 5, 2007 [Docket No. 28], and it appearing that the Defendants have not made the required settlement payment; and that the Plaintiff has filed the requisite *Praecipe* to reopen the case for entry of final judgment against the Defendants, accordingly, it is this 20 day of April, 2007,

**ORDERED**, that Final Judgment be entered against the Defendants, Hudson River Partners, L.P., Hudson River Partners, Inc., HRP Finance Corporation, and Douglas P. Bennett, jointly and severally, in the amount of Seven Hundred Twenty-One Thousand, Twelve Dollars and Eighty-Six Cents ($721,012.86), plus interest accruing from February 13, 2006 until the date paid at the *per diem* rate of $180.74.

*Rosemary M. Collyer*
United States District Judge

U:\greenberg\CLIENT\BB&T\Hudson River Partners\Litig\Final Judgment 4-5-07.wpd